MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U. S. A.    VS    Arash Ghahreman (4)

Case Number: 13cr4228-DMS    WITNESS LIST    Jury Trial

| DATE | PLF | DEF | WITNESS NAME |
|---|---|---|---|
|  |  |  |  |
| April 13, 2015 | X |  | MOLLY J. MILLER |
|  | X |  | GREG TOPCZEWSKI |
| April 14, 2015 | X |  | GREG TOPCZEWSKI |
|  | X |  | MOLLY J. MILLER |
|  | X |  | THOMAS COX |
|  | X |  | DAVID COLE |
| April 15, 2015 | X |  | DAVID COLE |
|  | X |  | JOSEPH HONG |
| April 16, 2015 | X |  | ERGUN YILDIZ |
|  | X |  | KEVIN HAMAKO |
| April 20, 2015 | X |  | JOHN HELSING |
|  |  | X | ARASH GHAHREMAN |
|  |  | X | EBRAHIM SHAYEI |
| April 22, 2015 |  | X | ARASH GHAHREMAN |