```
                 UNITED STATES DISTRICT COURT

               SOUTHERN DISTRICT OF CALIFORNIA


         BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING

_____
                                        )
UNITED STATES OF AMERICA,               )
              PLAINTIFF,                )  CASE NO. 13CR4228-DMS
                                        )
                                        )  SAN DIEGO, CALIFORNIA
                                        ) THURSDAY, APRIL 23, 2015
                                        )     8:30 A.M. CALENDAR
ARASH GHAHREMAN,                        )
              DEFENDANT.                )
_____)          VOLUME IX


               REPORTER'S TRANSCRIPT OF PROCEEDINGS

                    JURY TRIAL/DAY SEVEN




INTERPRETERS:                  BADI BADIOZAMANI
                               ASLAN ASLANIAN


                               LEE ANN PENCE,
REPORTED BY:                   OFFICIAL COURT REPORTER
                               UNITED STATES COURTHOUSE
                               333 WEST BROADWAY ROOM 1393
                               SAN DIEGO, CALIFORNIA 92101
```

```
COUNSEL APPEARING:

FOR PLAINTIFF:          LAURA E. DUFFY,
                        UNITED STATES ATTORNEY
                        BY:  SHANE P. HARRIGAN
                             TIMOTHY D. COUGHLIN
                        ASSISTANT U.S. ATTORNEYS
                        880 FRONT STREET
                        SAN DIEGO, CALIFORNIA 92101

FOR DEFENDANT           FEDERAL DEFENDERS OF SAN DIEGO, INC.
GHAHREMAN:                   BY:  ELLIS M. JOHNSTON
                                  JOSEPH S. CAMDEN
                        TRIAL ATTORNEYS
                        225 BROADWAY, SUITE 900
                        SAN DIEGO, CALIFORNIA 92101
```

```
 1    SAN DIEGO, CALIFORNIA - THURSDAY, APRIL 23, 2015 - 4:55 P.M.
 2                             *   *   *
 3              (WHEREUPON THE FOLLOWING PROCEEDINGS WERE HELD IN
 4              OPEN COURT, OUT OF THE HEARING OF THE JURY)
 5              THE CLERK:  NO. 1 ON CALENDAR, CASE NO. 13CR4228,
 6    UNITED STATES OF AMERICA VERSUS ARASH GHAHREMAN; ON FOR JURY
 7    TRIAL, DAY SEVEN.
 8              THE COURT:  GOOD AFTERNOON.  WE HAVE COUNSEL
 9    PRESENT, MR. GHAHREMAN, AND OUR FARSI INTERPRETER.
10              THANK YOU FOR COMING.
11              THE INTERPRETER:  MY PLEASURE.
12              THE COURT:  THERE IS A QUESTION BY THE JURY, AND I
13    AM NOT QUITE SURE HOW TO -- WHAT IT EXACTLY MEANS:  IF WE
14    CANNOT AGREE ON ONE OR MORE CHARGES UNANIMOUSLY, WHAT DO WE
15    DO?
16              THEY MAY HAVE REACHED VERDICTS ON A NUMBER OF
17    COUNTS, AND IF THEY HAVE THEN I WAS CONSIDERING INQUIRING OF
18    THE JURY TO SEE WHETHER THEY HAVE REACHED VERDICTS ON ONE OR
19    MORE COUNTS.  THE POSSIBILITY THEN EXISTS TO TAKE THOSE
20    VERDICTS, AND EITHER HAVE THEM COME BACK ON MONDAY TO
21    RECONVENE OR, DEPENDING ON HOW MANY VERDICTS THEY HAVE
22    REACHED, TAKE THOSE VERDICTS AND DISCHARGE THEM.
23              DO COUNSEL HAVE A POSITION?
24              MR. HARRIGAN:  I AM IN AGREEMENT WITH THE COURT.
25    THE COURT CAN DO THAT IF THE COURT SO CHOOSES.  AND I WOULD
```

1  CERTAINLY LIKE -- I THINK IT MAKES SENSE TO INQUIRE IF THEY
2  REACHED A VERDICT ON ANY COUNTS, AND TAKE THOSE.
3         **MR. JOHNSTON:**  I AM NOT TOO SURE, YOUR HONOR.  IF
4  THEY HAVE REACHED VERDICTS, THEY HAVE REACHED VERDICTS.  I
5  DON'T KNOW WHAT TO SAY ABOUT THAT.  AS FAR AS TAKING PARTIAL
6  VERDICTS, HAVING THEM CONTINUE TO DELIBERATE, I DON'T KNOW
7  THAT THAT MAKES A BIG DIFFERENCE IF THE VERDICT IS IN THE
8  GOVERNMENT'S FAVOR.  BUT I DON'T HAVE A STRONG POSITION ONE
9  WAY OR THE OTHER.  I AM CERTAINLY CONCERNED ABOUT ANY SORT OF
10 ALLEN CHARGE AND THE PRESSURE IT MIGHT PUT ON THEM TO REACH A
11 VERDICT ON COUNTS THEY CAN'T AGREE ON.
12        BEYOND THAT, TAKING A PARTIAL VERDICT OR NOT, WE
13 WILL DEFER ON WHETHER TO PROCEED WITH THAT.
14        **THE COURT:**  WHY DON'T WE BRING THEM IN.
15        THE FOREPERSON IS NO. 8, (NAME REDACTED).
16        AND WHAT I WILL DO IS TELL THEM NOT TO DISCLOSE
17 ANYTHING ABOUT THEIR DELIBERATIVE PROCESS OR ON WHICH COUNTS
18 THEY HAVE REACHED VERDICTS, BUT SIMPLY WHETHER THEY HAVE
19 REACHED VERDICTS ON ONE OR MORE COUNTS AND, IF SO, ON HOW MANY
20 COUNTS HAVE THEY REACHED VERDICTS.
21        AND THEN WE CAN PERHAPS DISCUSS WHAT WE WANT TO DO
22 AT SIDEBAR BEFORE GOING ANY FURTHER.
23        MR. JOHNSTON?
24        **MR. JOHNSTON:**  I AM FINE WITH THAT, YOUR HONOR.
25        **MR. HARRIGAN:**  WE ARE FINE WITH THAT, YOUR HONOR.

APRIL 23, 2015

```
 1              (WHEREUPON THE FOLLOWING PROCEEDINGS WERE HELD IN
 2          OPEN COURT, IN THE HEARING OF THE JURY)
 3          THE COURT:  LET'S GO AHEAD AND BRING THE JURY IN.
 4          GOOD AFTERNOON, LADIES AND GENTLEMEN.
 5          OUR FOREPERSON IS JUROR NO. 8, (NAME REDACTED).
 6          I RECEIVED THE QUESTION FROM THE JURORS:  IF WE
 7  CANNOT AGREE ON ONE OR MORE CHARGES UNANIMOUSLY, WHAT DO WE
 8  DO?
 9          SO AT THIS JUNCTURE I WANT TO BE CAREFUL IN THAT I
10  DON'T WANT TO HAVE THE JURY DISCLOSE ANYTHING ABOUT THEIR
11  DELIBERATIVE PROCESS OR ON WHICH COUNTS THE JURY MAY OR MAY
12  NOT HAVE REACHED VERDICTS.  SO THE QUESTION I HAVE IS
13  SPECIFICALLY -- I THINK IT WOULD JUST REQUIRE A YES OR NO
14  ANSWER -- AND THE FIRST QUESTION IS WHETHER THE JURY HAS
15  REACHED VERDICTS ON ANY COUNTS.
16          JUROR:  YES.
17          THE COURT:  AND THE NEXT QUESTION WOULD BE, ON HOW
18  MANY COUNTS HAS THE JURY REACHED VERDICTS?
19          JUROR:  SEVEN, YOUR HONOR.
20          THE COURT:  ALL RIGHT.  SO TO BE CLEAR, THERE ARE
21  TWO COUNTS OF WHICH THE JURY IS UNABLE, AT THIS POINT, TO
22  ARRIVE AT A VERDICT?
23          JUROR:  YES, YOUR HONOR.
24          THE COURT:  LET'S MEET BRIEFLY AT SIDEBAR.
25              (WHEREUPON THE FOLLOWING PROCEEDINGS WERE HELD AT
```

```
 1                THE BENCH, OUT OF THE HEARING OF THE JURY)
 2           THE COURT:  I WOULD LIKE TO TAKE THE SEVEN VERDICTS.
 3   DO YOU OBJECT?
 4           MR. HARRIGAN:  NO.
 5           MR. JOHNSTON:  NO, YOUR HONOR.
 6           THE COURT:  ALL RIGHT.
 7           (WHEREUPON THE FOLLOWING PROCEEDINGS WERE HELD IN
 8            OPEN COURT, IN THE HEARING OF THE JURY)
 9           THE COURT:  (NAME REDACTED), HAS THE JURY FILLED IN
10   THE VERDICT FORM FOR THOSE SEVEN COUNTS?
11           JUROR:  NO, YOUR HONOR.
12           THE COURT:  OKAY.  WHAT I WOULD LIKE TO DO IS KEEP
13   YOU ALL FOR A MOMENT LONGER, AND ASK THE JURY TO FILL OUT THE
14   FORM ON THE SEVEN COUNTS ON WHICH YOU ARRIVED AT VERDICTS.
15   AND WHEN YOU HAVE DONE THAT, LET US KNOW.  WE WILL RECONVENE,
16   AND I WILL HAVE THOSE VERDICTS READ IN OPEN COURT.
17           I WILL HAVE THE JURY POLLED, SO WE WILL ASK EACH OF
18   YOU WHETHER THAT'S THE WAY YOU VOTED.  AND THEN I WILL TAKE
19   THOSE SEVEN VERDICTS, AND THEN I WILL LET YOU KNOW HOW WE ARE
20   GOING TO PROCEED FROM THERE.
21           JUROR:  THANK YOU, YOUR HONOR.
22           THE COURT:  IF YOU WILL RECONVENE, AND JUST LET US
23   KNOW WHEN YOU ARE READY, WE WILL BE WAITING.  THANK YOU.
24           (WHEREUPON THE FOLLOWING PROCEEDINGS WERE HELD IN
25            OPEN COURT, OUT OF THE HEARING OF THE JURY)
```

APRIL 23, 2015

```
 1             THE COURT:  I WILL ASK EVERYONE TO STAND BY.  WE
 2   WILL TAKE THE VERDICT IN A MOMENT.
 3             (RECESS)
 4             THE COURT:  WE HAVE ALL PRESENT.
 5             THE JURY HAS ARRIVED AT VERDICTS ON SEVEN COUNTS?
 6             JUROR:  YES, YOUR HONOR.
 7             THE COURT:  WOULD YOU BE KIND ENOUGH TO HAND THE
 8   VERDICT FORM TO MS. SIX.
 9             I HAVE REVIEWED THE VERDICT FORM.  IT IS FILLED OUT
10   AND SIGNED AND DATED BY OUR FOREPERSON AS TO ALL COUNTS EXCEPT
11   FOR COUNTS 3 AND COUNT 5.
12             I WOULD SUMMARIZE THE VERDICT FORM AS FOLLOWS, AND
13   THEN WE WILL POLL THE JURY.
14             THAT IS THAT:  WE THE JURY IN THE ABOVE-ENTITLED
15   CAUSE FIND THE DEFENDANT, ARASH GHAHREMAN, GUILTY OF COUNTS 1,
16   2, 4, 6, 7, 8 AND 9.
17             SIGNED AND DATED BY THE FOREPERSON.
18             COUNTS 3 AND 5 ARE BLANK.
19             SO I WOULD LIKE TO POLL THE JURY AT THIS TIME, AND
20   THEN BEFORE ACTUALLY RECEIVING THE VERDICTS I WOULD THEN LIKE
21   TO MEET WITH COUNSEL AT SIDEBAR.
22             MADAM CLERK.
23             THE CLERK:  (NAME REDACTED; JUROR NO. 1), ARE THESE
24   YOUR VERDICTS AS PRESENTED AND READ?
25             JUROR:  YES.
```

APRIL 23, 2015

```
 1            THE CLERK:   (NAME REDACTED; JUROR NO. 2), ARE THESE
 2   YOUR VERDICTS AS PRESENTED AND READ?
 3            JUROR:   YES.
 4            THE CLERK:   (NAME REDACTED; JUROR NO. 3), ARE THESE
 5   YOUR VERDICTS AS PRESENTED AND READ?
 6            JUROR:   YES.
 7            THE CLERK:   (NAME REDACTED; JUROR NO. 4), ARE THESE
 8   YOUR VERDICTS AS PRESENTED AND READ?
 9            JUROR:   YES.
10            THE CLERK:   (NAME REDACTED; JUROR NO. 5), ARE THESE
11   YOUR VERDICTS AS PRESENTED AND READ?
12            JUROR:   YES.
13            THE CLERK:   (NAME REDACTED; JUROR NO. 6), ARE THESE
14   YOUR VERDICTS AS PRESENTED AND READ?
15            JUROR:   YES.
16            THE CLERK:   (NAME REDACTED; JUROR NO. 7), ARE THESE
17   YOUR VERDICTS AS PRESENTED AND READ?
18            JUROR:   YES.
19            THE CLERK:   (NAME REDACTED; JUROR NO. 8), ARE THESE
20   YOUR VERDICTS AS PRESENTED AND READ?
21            JUROR:   YES.
22            THE CLERK:   (NAME REDACTED; JUROR NO. 9), ARE THESE
23   YOUR VERDICTS AS PRESENTED AND READ?
24            JUROR:   YES.
25            THE CLERK:   (NAME REDACTED; JUROR NO. 10), ARE THESE
```

```
 1   YOUR VERDICTS AS PRESENTED AND READ?
 2              JUROR:  YES.
 3              THE CLERK:  (NAME REDACTED; JUROR NO. 11), ARE THESE
 4   YOUR VERDICTS AS PRESENTED AND READ?
 5              JUROR:  YES.
 6              THE CLERK:  (NAME REDACTED; JUROR NO. 12), ARE THESE
 7   YOUR VERDICTS AS PRESENTED AND READ?
 8              JUROR:  YES.
 9              THE COURT:  ALL RIGHT.  COUNSEL, LET'S MEET AT
10   SIDEBAR.
11              (WHEREUPON THE FOLLOWING PROCEEDINGS WERE HELD AT
12              THE BENCH, OUT OF THE HEARING OF THE JURY)
13              THE COURT:  I WOULD BE PREPARED TO RECEIVE THE
14   VERDICTS.  IS THERE ANYTHING INCONSISTENT OR IRREGULAR?
15              MR. HARRIGAN:  NO, YOUR HONOR.
16              THE COURT:  ANYTHING INDEFINITE ABOUT THE VERDICTS?
17              MR. JOHNSTON:  YOUR HONOR, I DON'T KNOW, AT THIS
18   TIME, WHAT TO SAY ABOUT INCONSISTENCY.
19              THE COURT:  IF THE VERDICTS ARE RECEIVED THEN WOULD
20   THE GOVERNMENT BE MOVING TO DISMISS COUNT 3 AND 5?
21              MR. HARRIGAN:  YES.
22              THE COURT:  THAT WAY WE DON'T HAVE TO FOOL AROUND
23   WITH HAVING THE JURY COME BACK.
24              MR. HARRIGAN:  YES.
25              THE COURT:  SO I WOULD BE INCLINED TO TAKE THE
```

```
 1  VERDICTS AND DISCHARGE THE JURY.
 2           MR. HARRIGAN:  YES.
 3           THE COURT:  MR. JOHNSTON, ANY OBJECTION?
 4           MR. JOHNSTON:  I AM TRYING TO THINK, YOUR HONOR.  IT
 5  IS A UNIQUE CIRCUMSTANCE.  NO, YOUR HONOR.
 6           THE COURT:  ALL RIGHT.  OKAY.  THANK YOU.
 7           (WHEREUPON THE FOLLOWING PROCEEDINGS WERE HELD IN
 8           OPEN COURT, IN THE HEARING OF THE JURY)
 9           THE COURT:  OKAY.  THE VERDICTS ARE RECEIVED AND
10  WILL BE RECORDED AND ENTERED ON THE RECORD AT THIS TIME.
11           THERE IS A GOVERNMENT'S MOTION TO DISMISS COUNTS 3
12  AND 5?
13           MR. HARRIGAN:  YES, YOUR HONOR.
14           THE COURT:  ALL RIGHT.  THAT MOTION IS GRANTED.
15           WITH THAT, LADIES AND GENTLEMEN, YOUR SERVICES ARE
16  AT AN END.  I DIDN'T WANT TO KEEP YOU HERE LONGER, I KNOW YOU
17  HAVE HAD AN EXTRAORDINARILY LONG DAY.  YOU DIDN'T TAKE ANY
18  BREAKS, YOU HAVE BEEN WORKING SINCE 8:30, AND SO I ELECTED TO
19  BRING YOU ALL BACK AT THIS TIME TO SEE WHETHER YOU HAD PARTIAL
20  VERDICTS.
21           THAT IS NOT AN UNCOMMON EXPERIENCE, PARTICULARLY
22  WHEN THERE ARE A RELATIVELY LARGE NUMBER OF COUNTS.  AND SO IT
23  IS NOT UNCOMMON FOR THE COURT TO TAKE PARTIAL VERDICTS AND
24  THEN TO DISCHARGE THE JURY, SO THAT IS EXACTLY WHAT WE ARE
25  DOING HERE.  IT IS OBVIOUSLY A BENEFIT TO EACH OF YOU SINCE
```

```
 1  YOU WILL NOT HAVE TO RETURN ON MONDAY.
 2            SO I HAVE JUST A COUPLE OF CONCLUDING ADMONITIONS.
 3            FIRST, THE ADMONITION NOT TO DISCUSS THE CASE WITH
 4  ANYONE ELSE WOULD BE LIFTED.  YOU ARE FREE TO TALK TO ANYONE
 5  YOU DESIRE.  COUNSEL OFTEN LIKE TO HEAR FROM MEMBERS OF THE
 6  JURY.  MOST JURORS ELECT NOT TO DO THAT, BUT IF YOU WANT TO
 7  TALK TO THE ATTORNEYS THEY WILL BE OUTSIDE IN A MOMENT, AND
 8  YOU ARE WELCOME TO DO THAT.  BUT DON'T FEEL ANY OBLIGATION TO
 9  DO THAT.  AS I SAY, MOST JURORS ELECT NOT TO DO THAT.
10            FINALLY, I WANT TO THANK ALL OF YOU FOR YOUR SERVICE
11  IN THIS CASE.  IT HAS BEEN A RELATIVELY LENGTHY TRIAL.  WE
12  HAVE HAD YOU HERE MANY DAYS NOW, AND THE DAYS ARE INTENSE.
13  8:30 TO 2:00 SOUNDS EASIER THAN IT IS WHEN YOU GET TO 2:00 AND
14  YOU HAVE BEEN LISTENING TO TESTIMONY FOR FIVE HOURS.  IT IS A
15  LONG DAY.  THERE IS NO QUESTION ABOUT IT.  AND THE
16  DELIBERATIVE PROCESS, I KNOW IT CAN BE TAXING AS WELL.
17            THE REALITY IS THE FOUNDATION OF OUR COUNTRY, THE
18  FOUNDATION OF OUR SYSTEM, AS YOU ALL KNOW, IS DEPENDENT ON THE
19  JURY TRIAL SYSTEM.  OUR SYSTEM IS MODELED IN SO MANY DIFFERENT
20  COUNTRIES, IN EUROPE, AND WE ARE SEEING RECENTLY MEXICO IS
21  MAKING EFFORTS.  JAPAN, KOREA AND OTHER COUNTRIES ARE
22  FOLLOWING SUIT.
23            AND I THINK EMULATION IS THE HIGHEST COMPLIMENT ONE
24  CAN HAVE, AND THAT IS WHAT WE ARE SEEING THROUGHOUT THE GLOBE
25  IS MANY, MANY DIFFERENT SOVEREIGNTIES ARE LOOKING TO OUR
```

```
1    SYSTEM OF JUSTICE, AND PARTICULARLY OUR JURY TRIAL SYSTEM.
2              IT REALLY IS THE LAST STOP FOR ANY ULTIMATE
3    GOVERNMENTAL INVENTION, THAT MEMBERS OF THE COMMUNITY HEAR AND
4    DECIDE A CASE, AND DETERMINE WHETHER OR NOT, BASED UPON OUR
5    LAWS AND OUR PRINCIPLES, THERE IS SUFFICIENT EVIDENCE TO
6    CONVICT, AND THEN SUBSEQUENTLY TO RENDER PUNISHMENT
7    ACCORDINGLY.  AND SO IT IS THE ESSENCE OF A DEMOCRATIC SYSTEM
8    AND IT RESTS SQUARELY ON MEMBERS OF THE COMMUNITY.  AND THAT
9    IS THE BEAUTY OF THE SYSTEM, THAT EACH OF US, AS CITIZENS,
10   PARTICIPATE IN THIS PROCESS AND ULTIMATELY MAKE THESE
11   DETERMINATIONS.
12             SO I WANT TO THANK YOU ALL FOR TAKING THE TIME OUT
13   OF YOUR VERY BUSY SCHEDULES TO BE WITH US AND TO DEVOTE YOUR
14   FULL TIME AND ATTENTION TO THESE PROCEEDINGS.  IT IS A VERY
15   IMPORTANT MATTER AND YOUR SERVICE IS GREATLY APPRECIATED.
16             SO THANK YOU VERY MUCH FOR ALL OF YOUR EFFORTS.
17             YOU WOULD BE DISCHARGED AT THIS TIME.
18             DO PLEASE LEAVE YOUR NOTEBOOKS AND YOUR JURY
19   INSTRUCTIONS HERE, WE WILL SHRED ALL OF THAT INFORMATION.
20   PLEASE TAKE ALL OF YOUR PERSONAL EFFECTS.
21             YOU CAN GO BACK OUT THROUGH THE JURY LOUNGE AND
22   MS. SIX WILL ESCORT YOU OUT.  YOU CAN GO OUT THE SIDE DOOR.
23             AND HERE AGAIN, IF YOU WANT TO WAIT FOR COUNSEL I
24   INVITE YOU TO DO THAT, AND THEY WILL BE OUT IN THE HALLWAY IN
25   JUST A MOMENT.
```

APRIL 23, 2015

|   |   |
|---|---|
| 1 | WILL THEY BE ABLE TO CHECK OUT THROUGH THE JURY |
| 2 | LOUNGE? |
| 3 | **THE CLERK:**  THERE IS SOMEONE IN THE JURY OFFICE |
| 4 | WAITING FOR YOU, IF YOU NEED TO GET YOUR PARKING VALIDATED. |
| 5 | THEY WILL BE THERE FOR A FEW MORE MINUTES. |
| 6 | **THE COURT:**  THAT WAY YOU WILL GET FULL CREDIT FOR |
| 7 | YOUR SERVICE, AS WELL. |
| 8 | THANK YOU VERY MUCH.  YOU WILL BE DISCHARGED. |
| 9 | (WHEREUPON THE FOLLOWING PROCEEDINGS WERE HELD IN |
| 10 | OPEN COURT, OUT OF THE HEARING OF THE JURY) |
| 11 | **THE COURT:**  WE ARE OUT OF THE PRESENCE OF THE JURY. |
| 12 | OKAY.  WITH RESPECT TO SENTENCING, WHAT IS OUR DUE |
| 13 | COURSE DATE. |
| 14 | **THE CLERK:**  FRIDAY, JULY 17, AT 9:00 A.M. |
| 15 | **THE COURT:**  ANY POST TRIAL MOTIONS CAN BE HEARD ON |
| 16 | THAT DATE AS WELL. |
| 17 | WITH RESPECT TO MR. GHAHREMAN'S STATUS, WHAT IS THE |
| 18 | GOVERNMENT'S POSITION? |
| 19 | **MR. HARRIGAN:**  WE WOULD MOVE TO REMAND HIM, YOUR |
| 20 | HONOR, UNDER 3143.  THE BURDEN IS ON THEM, THE DEFENDANT, TO |
| 21 | SHOW BY CLEAR AND CONVINCING EVIDENCE HE IS NOT A FLIGHT RISK. |
| 22 | CERTAINLY YOU HAVE HEARD THE GUIDELINE RANGE HE |
| 23 | FACES.  IT WOULD BE SIMILAR TO WHAT MR. JOHNSTON SAID APPLIED |
| 24 | TO MR. YILDIZ, BECAUSE IT WOULD INCLUDE POSSIBLE |
| 25 | RECOMMENDATION OF OBSTRUCTION OF JUSTICE.  I THINK THERE IS A |

```
 1  CONCERN, GIVEN THE JURY'S FINDINGS OF GUILT, THAT HIS
 2  TESTIMONY WAS NOT BELIEVED.  AND I WOULD PARTICULARLY POINT
 3  OUT PART OF HIS TESTIMONY WHERE HE ACCUSED -- I THINK IT WAS
 4  AGENT HAMAKO -- OF BLINDFOLDING HIM, WHICH SHOWS THE EXTENT TO
 5  WHICH HE WILL TAKE TO AVOID BEING CONVICTED IN THIS CASE.  AND
 6  I DON'T THINK THAT HIS PROMISE TO APPEAR CAN BE MET.
 7          RIGHT NOW -- THE GOVERNMENT MOVED TO DETAIN HIM AT
 8  THE TIME OF HIS INITIAL APPEARANCE.  HE FILED A PERSONAL
 9  SURETY BOND SECURED BY HIS COUSIN AND HIS AUNT.  THERE WASN'T
10  A LOT OF EQUITY IN THE PROPERTY AT THE TIME IN NEW YORK.  THEY
11  ARE NOT HERE.  CIRCUMSTANCES HAVE CHANGED, AND FOR THAT REASON
12  WE THINK THAT REMAND IS APPROPRIATE.
13          THE COURT:  IS IT YOUR REPRESENTATION THAT MR.
14  GHAHREMAN WAS NOT BLINDFOLDED AT ANY TIME?
15          MR. HARRIGAN:  NOT BLINDFOLD AT ANY TIME, YOUR
16  HONOR.  THAT IS IN ADDITION TO HIS OTHER TESTIMONY ABOUT WHAT
17  OCCURRED IN THIS CASE, I SUBMIT WAS JUST NOT BELIEVABLE.
18          THE COURT:  MR. JOHNSTON.
19          MR. JOHNSTON:  YOUR HONOR, THE GOVERNMENT WAS
20  CERTAINLY ABLE TO REBUT ANY TESTIMONY THAT MR. GHAHREMAN PUT
21  ON, INCLUDING PUTTING AGENT HAMAKO ON THE STAND.  THEY DIDN'T
22  DO THAT.
23          BUT WHATEVER THE FACTS ARE OF HIS PARTICULAR
24  TESTIMONY, THE COURT SHOULD LOOK AT NEARLY TWO YEARS OF TRACK
25  HISTORY OF MR. GHAHREMAN BEING OUT ON BOND.  BEGINNING
```

```
 1   UNEMPLOYED, FINDING WORK.  PAYING HIS WAY TO COME HERE TO SAN
 2   DIEGO.  COMING TO EVERY COURT APPEARANCE HE WAS ASKED TO COME
 3   TO.  AND HE CONTINUED HIS SCHOOLING, HE GRADUATED AND GOT A
 4   MASTER'S DEGREE FROM SUNY MARITIME COLLEGE.
 5            THIS IS A PERSON WHO HAS BEEN A MODEL CITIZEN.  HIS
 6   PRETRIAL SERVICE OFFICER HAS NEVER ONCE RAISED ANY CONCERN TO
 7   THE COURT, TO MY KNOWLEDGE, ABOUT MR. GHAHREMAN'S BEHAVIOR.
 8   HE HAS BEEN SUPER PUNCTUAL WITH HIM.  HE PROVIDED HIM EVERY
 9   PIECE OF DOCUMENT HE HAS HAD, EMPLOYMENT LEADS AND EMPLOYMENT.
10   HE HAS A GOOD TRACK HISTORY, YOUR HONOR.  HE CAME HERE KNOWING
11   THAT THE TRIAL COULD END ONE OF TWO WAYS.  I DON'T THINK THAT
12   HE IS NOT GOING TO COME BACK.
13            I THINK THERE IS CLEAR AND CONVINCING EVIDENCE,
14   PRIMARILY BASED ON THE WAY THAT HE HAS BEHAVED HIMSELF WHILE
15   THESE CHARGES HAVE BEEN OVER HIS HEAD, TO CONVINCE THE COURT
16   THAT HE WILL RETURN FOR SENTENCING.
17            I DON'T SEE HOW MR. GHAHREMAN DIDN'T KNOW WHAT HE
18   WAS FACING ALL ALONG IN TERMS OF THE SENTENCE.  HE KNEW WHAT
19   THE CONSEQUENCES WERE, YET HE HAS CONTINUED TO COME.
20            HE NEEDS THE TIME TO RESOLVE HIS AFFAIRS.  I THINK
21   IT IS A FAIR AMOUNT OF TIME FOR HIM TO DO THAT BEFORE HE COMES
22   BACK FOR SENTENCING.
23            SO, YOU KNOW, I DON'T KNOW WHAT ELSE TO SAY.  BUT HE
24   HAS KNOWN WHAT THE CONSEQUENCES WERE, AND HE STILL CONTINUED
25   TO COME HERE.  I THINK HE HAS HAD AN EXEMPLARY -- WHEN I THINK
```

APRIL 23, 2015

```
 1   OF ALL OF THE DEFENDANTS WE HAVE OUT ON BOND THAT WE REPRESENT
 2   THAT ARE INDIGENT CLIENTS, I MEAN, HIS TRACK HISTORY IS GREAT.
 3   IT IS OUTSTANDING.  HE GOT A MASTER'S DEGREE, HE IS
 4   MAINTAINING FULL TIME EMPLOYMENT.  I DON'T THINK IT GETS
 5   BETTER THAN THAT.
 6           THE COURT:  ALL RIGHT.
 7           ON THIS ISSUE, MR. GHAHREMAN, I AM GOING TO REMAND
 8   YOU AT THIS TIME.  I DON'T BELIEVE THERE HAS BEEN A SHOWING OF
 9   CLEAR AND CONVINCING EVIDENCE.  THE CIRCUMSTANCES HAVE CLEARLY
10   CHANGED.  THE JURY HAS ARRIVED AT GUILTY VERDICTS.  THE
11   EVIDENCE, IN MY VIEW, IS CONSISTENT WITH THOSE VERDICTS.  AND
12   THE TESTIMONY ON THE STAND ALSO RAISES ISSUES WITH RESPECT TO
13   OBSTRUCTION OF JUSTICE.
14           I FEEL CONFIDENT, AS WELL, THAT THE TRIAL WAS FULL
15   AND FAIR, AND THAT YOU WERE VERY, VERY WELL REPRESENTED.
16   THESE TWO ATTORNEYS ARE EXCELLENT.  I THINK ALL OF THE MATTERS
17   OF LAW THAT THE COURT RULED ON, I DON'T HAVE ANY HESITATION IN
18   THE RECORD THAT WAS MADE AND THE STRENGTH OF IT ON APPEAL FROM
19   THE GOVERNMENT'S PERSPECTIVE.
20           FOR ALL OF THESE REASONS I WOULD RESPECTIVELY DENY
21   THE REQUEST.  I WOULD REMAND MR. GHAHREMAN.
22           YOU WOULD BE ORDERED TO STAY SEATED WHERE YOU ARE.
23   THE MARSHALS WILL BE PRESENT IN A MOMENT.
24           WITH RESPECT TO EXHIBITS, I WILL ASK THAT COUNSEL
25   COLLECT ALL OF THE EXHIBITS, AND ALL OTHER MATTERS CAN BE
```

```
 1   ADDRESSED ON THE DAY OF SENTENCING.
 2            ARE THERE ANY OTHER HOUSEKEEPING MATTERS AT THIS
 3   TIME?
 4            MR. HARRIGAN:  NO, YOUR HONOR.  ON BEHALF OF THE
 5   GOVERNMENT.
 6            MR. JOHNSTON:  NO, YOUR HONOR.
 7            THE COURT:  ALL RIGHT.
 8            MR. HARRIGAN:  THANK YOU, YOUR HONOR.
 9
10                           *   *   *
11            I CERTIFY THAT THE FOREGOING IS A CORRECT
              TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
12            IN THE ABOVE-ENTITLED MATTER.
13            S/LEEANN PENCE                      6/18/2015
14            LEEANN PENCE, OFFICIAL COURT REPORTER    DATE
15
```

APRIL 23, 2015